IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN JACOBY, | : | CIVIL ACTION |
| | : | NO. 09-5661 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BETHLEHEM SUBURBAN | : | |
| MOTOR SALES, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **16th** day of **May, 2011,** it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. no. 25) is **GRANTED.**

**AND IT IS SO ORDERED.**

                                              s/Eduardo C. Robreno
                                              **EDUARDO C. ROBRENO, J.**